**Order entered April 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00098-CV**

**AL M. WILLIAMS, Appellant**

**V.**

**LADERA, Appellee**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-17458**

**ORDER**

Before the Court is appellant's April 6, 2022 motion for an extension of time to file his brief on the merits or, alternatively, for mediation. We **GRANT** the motion and extend the deadline for appellant's brief to **May 4, 2022**.[1]

/s/     KEN MOLBERG
        JUSTICE

---

[1] By order that issued today, we denied appellant's separate motion for mediation.